# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES LIABILITY INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>v.<br><br>**ANGELA JENKINS, Individually, et al.**,<br><br>    Defendants. | Civil Action No. 7:13-CV-164 (HL) |

## ORDER

Plaintiff United States Liability Insurance Company is ordered to file a corporate disclosure statement pursuant to Local Rule 87 no later than April 4, 2014. Failure to do so will result in sanctions against Plaintiff and/or counsel.

**SO ORDERED**, this the 28th day of March, 2014.

              *s/ Hugh Lawson*_____
              **HUGH LAWSON, SENIOR JUDGE**

scr